**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Mark Gonzalez, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Vanilla Chip LLC,

Defendant.

Case No. 7:26-cv-02392 (KMK) (AEK)

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to his claims, and without prejudice as to the claims of any putative class members, and without an award of fees or costs to either party.

Dated: June 30, 2026

**FURIA LAW, LLC**

By: ______________________

Philip J. Furia
880 Third Avenue, Fifth Floor
New York, New York 10022
Tel : 646-830-1915
furiap@furiafirm.com

*Counsel for Plaintiff and the Class*